◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AL D. STURDIVANT, Also Known as ALFRED STURDIVANT, Appellant. [892 NYS2d 864]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (DiBella, J.), rendered November 14, 2008, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no non frivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Fisher, J.P., Florio, Belen and Austin, JJ., concur.